| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MONTANA |
| Case number *(if known)*       Chapter   **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lattice Biologics Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3545118** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**512 E. Madison Avenue**<br>**Suite 1A**<br>**Belgrade, MT 59714**<br>Number, Street, City, State & ZIP Code<br><br>**Gallatin**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.latticebiologics.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **Lattice Biologics Inc.**                                           Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5419__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Lattice Biologics Inc.**  Case number (*if known*)
　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　Relationship
District　　　　　　　　　　When　　　　　　　　　　Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
**501 E. Madison Avenue**
**Suite 1A**
**Belgrade, MT, 59714-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No
☐ Yes. Insurance agency
　　　Contact name
　　　Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49　　　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
■ 50-99　　　　　　 ☐ 5001-10,000　　　　☐ 50,001-100,000
☐ 100-199　　　　　☐ 10,001-25,000　　　☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　 ☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　☐ $50,000,001 - $100 million　 ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million ☐ More than $50 billion

Official Form 201　　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　page 3

Debtor   **Lattice Biologics Inc.**   Case number (*if known*) _____
           Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | **Lattice Biologics Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 12, 2021**
MM / DD / YYYY

X **/s/ Guy Cook**                                              **Guy Cook**
Signature of authorized representative of debtor               Printed name

Title   **President**

---

**18. Signature of attorney**

X **/s/ Matt Shimanek**                                         Date **March 12, 2021**
Signature of attorney for debtor                                MM / DD / YYYY

**Matt Shimanek**
Printed name

**Shimanek Law PLLC**
Firm name

**317 East Spruce Street**
**Missoula, MT 59802**
Number, Street, City, State & ZIP Code

Contact phone  **406-544-8049**      Email address  **matt@shimaneklaw.com**

**6605 MT**
Bar number and State

United States Department of Justice
Financial Litigation Unit
405W. Congress Street #4900
Tucson, AZ 85701

AST Trust Company
1 Toronto Street #1200 Toronto
Toronto, ON Canada M5C 2V6 M5C 2V6

Chad W. Otten
227 Creedon Circle
Alameda, CA 94502

Delaware Division of Revenue
PO Box 2044
Wilmington, DE 19899

Atomic Pest Control, LLC
P.O.Box 7131
Mesa, AZ 85216

Chata Biosystems LLC
PO Box 198
Cleburne, TX 76033

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Broadridge
P.O. Box 57461
Toronto, ON Canada M5W 5M5 M5W 5M5

CNA
PO Box 790094
Saint Louis, MO 63179

Montana Department of Revenue
PO Box 7701
Helena, MT 59604-7701

Bryn Mawr Equipment Finance
P801 W Lancaster Ave.
Bryn Mawr, PA 19010

Cole-Parmer
13927 Collections Center Drive
Chicago, IL 60693

AATB
8200 Greensboro Drive
Ste. 320
Mc Lean, VA 22102

Burns, Figa & Will P.C.
6400 S Fiddlers Green Circle # 1000
Englewood, CO 80111

Cox Communications
P.O. BOX 78071
Phoenix, AZ 85062

Airport Concepts
1819 W. Olive Ave.
Burbank, CA 91506

C. William Mulligan Law Firm
2940 S. Cholla Street
Chandler, AZ 85286

Donna Medina
5613 W Palo Verde Ave
Glendale, AZ 85302

American Express
PO Box 650448
Dallas, TX 75265

CallExperts
P.O. Box 31418
Charleston, SC 29417-7000

Donor Network West
1000 Broadway #600
Oakland, CA 94607

American Tissue Services Foundation
5940 Seminole Center Court
#210
Madison, WI 53711

Canada Revenue Agency
PO Box 3800
STN A Sudbury
Ontario, CAN P4A 0C3

Dr. Dinakar Golla
107 Gamma Dr # 210
Pittsburgh, PA 15238

Amur Equipment Finance
PO Box 2555
Grand Island, NE 68802

Cell Signaling Technology
3 Trask Lane
Danvers, MA 01923

Dru Nelson
1225 W. Kagy Blvd.
Apt. 4
Bozeman, MT 59715

| | | |
|---|---|---|
| Emergency Restoration<br>8202 N 74th Pl<br>Scottsdale<br>Scottsdale, AZ 85258 | General Distributing<br>PO Box 2606<br>Great Falls, MT 59403 | Leland L. McCoy<br>5 Via Dolcetto<br>Henderson, NV 89011 |
| Eurofins VRL, Inc.<br>PO Box 84080<br>Chicago, IL 60689 | Global Merchant<br>121 South Orange Ave<br>Orlando, FL 32801 | Life Alaska Donor Services, Inc.<br>235 East 8th Ave Suite 100<br>Anchorage, AK 99501 |
| EverBank Commercial Finance, Inc.<br>PO Box 911608<br>Denver, CO 80291 | Guy Cook<br>3810 Bill's Loop N<br>PO Box 488<br>Island Park, ID 83429 | Lifeshare of OK<br>4705 N.W. Expressway<br>Oklahoma City, OK 73132 |
| eXsurco Medical<br>PO Box 336<br>Vermilion, OH 44089 | Hay & Watson<br>900-1450 Creekside Drive<br>Vancover CAN BC 5B3 V6J | LifeSharing of San Diego<br>7436 Mission Valley Rd<br>San Diego, CA 92108 |
| Fed Ex Freight<br>PO Box 840<br>Harrison, AR 72602 | Henry Schein<br>PO Box 7156<br>Irvine, CA 92618 | Linda Heylin<br>PO Box 17<br>Brookdale, CA 95007 |
| Fedex- SenseAware<br>3650 Hacks Cross Road<br>Bldg F. 1st Floor<br>Memphis, TN 38125 | ILC Technology LLC<br>100 Spectrum Center Drive #900<br>Irvine, CA 92618 | Livingston Fire Service<br>P.O. Box 44<br>Livingston, MT 59047 |
| Fisher Scientific<br>13551 Collections Ctr Dr<br>Chicago, IL 60693 | IPC<br>405 Orchard Street<br>Antioch, IL 60002 | Maryland Dept of Health & Hygien<br>Spring Grove Hospital Center<br>55 Wade Ave.<br>Catonsville, MD 21228 |
| Flow Capital<br>1 Adelaide Street East<br>Suite 3002<br>PO Box 171<br>Toronto ON M5C 2V9 | Ivey, Barnum & O'Mara LC<br>170 Mason St<br>Greenwich, CT 06830 | Matrix Medical Waste Services<br>7395 Fowler Ln<br>Bozeman, MT 59718 |
| Gencure<br>6211 IH-10 West<br>San Antonio, TX 78201 | Kenneth Conger MD<br>P.O. Box 572<br>Kootenai, ID 83840 | McKesson Medical<br>PO Box 51020<br>Los Angeles, CA 90051 |

| | | |
|---|---|---|
| MeadowLark Construction LLC<br>84 Annie Glade Drive<br>Bozeman, MT 59718 | MNP LLP<br>300-111 Richmond Street W Toronto<br>Toronto, ON M5H 2G4 | Prudential Overall Supply<br>PO Box 11210<br>Santa Ana, CA 92711 |
| Mediant<br>P.O. Box 29967<br>New York, NY 10087 | Morton Law LLP<br>1200 750 West Pender St<br>Vancouber, BC V6C 2T8 | Quick International<br>175-28<br>148th Ave.<br>Jamaica, NY 11434 |
| Medline<br>Dept LA 21558<br>Pasadena, CA 91185 | MTF<br>125 May Street Edison<br>Edison, NJ 08837 | Rafferty Machine & Tool<br>2722 NW 74TH Place<br>Gainesville, FL 32653 |
| MedMix Systems<br>Grundstrasse12 CH6343<br>Rolkruez, Switzerland | NanoTech<br>1906 Overland Dr Chapel Hill,<br>Chapel Hill, NC 27517 | Rahav Innovative Technologies<br>3370 N Hayden Rd #123-520<br>Scottsdale, AZ 85251 |
| Merit Medical Systems Inc.<br>PO Box 204842<br>Dallas, TX 75320 | NCI<br>7125 Northland Terrace N. #100<br>Minneapolis, MN 55428 | RCC Ventures<br>11 Broadway #500<br>New York, NY 10004 |
| Michael Bauer MD and Assoc<br>Medical Director Consulting 200 S.<br>Castle Rock, CO 80104 | No. 1 Courier, LLC<br>P.O. Box 12782<br>Chandler, AZ 85248 | Redwood Fund<br>528 Palisades Dr. #507<br>Pacific Palisades, CA 90272 |
| Michigan Donor Services<br>4289 Shetland Dr<br>Ann Arbor, MI 48105 | NW Energy<br>11 E Park St<br>Butte, MT 59701 | Renmark Financial<br>1050 3400 De Maisonneuve O.<br>Montreal QC, CAN H3Z03B8 H3Z 03 |
| Mid-America Transplant Services<br>1110 Highlands Plaza Drive #100<br>Saint Louis, MO 63110 | OneLegacy<br>221 S Figueroa St #500<br>Los Angeles, CA 90012 | RMG OsteoArthritis<br>1937 W Palmetto St<br>PMB 109<br>Florence, SC 29501 |
| Midnite Air Corp dba MNX<br>26035 Network Place<br>Chicago, IL 60673 | Ortho Spine Companies<br>9815 E Bell Road #120<br>Scottsdale, AZ 85251 | S.R.E.D. Solutions Incorporated<br>65 Briggs Ave<br>Richmond Hill, ON L4B 3A3 |

Semple, Marchal & Cooper, LLP
2700 N. Central Ave 9th Fl
Phoenix, AZ 85004

Tess Lofsky Barrister & Solicitor
106B Claremont Street
Toronto, ON M6J 2M5

Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, AZ 85004

US Small Business Administration
409 3rd Street, SW
Washington, DC 20416

Spierings Ortho
Madoerastraat 24 6524 LH
Nijmegen, 6524 The Netherlands

Wash Textile & Supply
514 E Madison Unit 103
Belgrade, MT 59714-4000

Staples Advantage
PO Box 83689 Chicago
Chicago, IL 60696

Winnipeg Regional Health Authority
791 Notre Dame Avenue
Winnipeg, MB R3E 0M1 MB R3E 0M1

Steripax, Inc
5412 Research Drive
Huntington Beach, CA 92649

Mark DePaco
DT Law Partners LLP
125 E. Victoria Street
Sutie I
Santa Barbara, CA 93101

Steris Inc
2500 Commerce Drive
Libertyville, IL 60048

Ms. Maggie Stein
124 South Main STreet
Suite 201
Livingston, MT 59047

Stermi Note Interest
Stermi Note Interest

TelaGen, LLC
2075 Centre Pointe Blvd # 103
Tallahassee, FL 32308

Terrell's
215 Haggerty Lane
Bozeman, MT 59715

# United States Bankruptcy Court
## District of Montana

In re __Lattice Biologics Inc.__  
Debtor(s)

Case No. _____  
Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Lattice Biologics Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Lattice Biologics LTD**  
**PO Box 60**  
**Island Park, ID 83429**            **100% Owner**

☐ None [*Check if applicable*]

__March 12, 2021__  
Date

**/s/ Matt Shimanek**  
**Matt Shimanek**  
Signature of Attorney or Litigant  
Counsel for __Lattice Biologics Inc.__  
**Shimanek Law PLLC**  
**317 East Spruce Street**  
**Missoula, MT 59802**  
**406-544-8049**  
**matt@shimaneklaw.com**